IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATIE WHITWORTH**                                                                                          **PLAINTIFF**

vs.                                            No. 4:21-CV-00025-LPR

**MARK KLING, individually and in**
**his official capacity, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is considered, ordered, and adjudged that judgment is entered in favor of Defendants on Plaintiff's claims brought under the Fourth and Fourteenth Amendments to the United States Constitution and the analog claims brought under the Arkansas Constitution. Plaintiff's state common law claim(s) are REMANDED to the Circuit Court of Saline County, Arkansas.

IT IS SO ADJUDGED this 9th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE